NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STEPHAN M. MOORER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5115

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0067, Judge Charles F. Lettow.

---

**O R D E R**

Stephan M. Moorer's letter promising to pay the filing fee is treated as a motion for an extension of time to pay the filing fee or to file a "Motion and Declaration for leave to Proceed in Forma Pauperis".

Under consideration thereof,

IT IS ORDERED THAT

The motion is granted to the extent that Mr. Moorer's motion for in Forma Pauperis or payment of the filing fee,

MOORER v. US                                                              2

and his informal brief shall be submitted to this court within 30 days of the date of filing of this order or the case will be dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

.

s21